1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
6  Email: kdove@swlaw.com
          tlewis@swlaw.com
7  *Attorneys for Defendant*
   *Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE R. VILLARREAL-CAMPUZANO; | Case No. 2:18-cv-00258-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, | **FIRST REQUEST** |
| Defendants. | |

It is hereby stipulated by and between Plaintiff Jose R. Villarreal-Campuzano ("Plaintiff"), through his attorneys, Knepper & Clark, LLC, and Defendant Wells Fargo Bank, N.A., incorrectly sued as Wells Fargo Card Services ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on February 12, 2018 [Docket No. 1]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **March 30, 2018**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may evaluate their claims and defenses and also discuss the potential of early settlement.

Dated February 23, 2018

| | |
|---|---|
| KNEPPER & CLARK, LLC<br><br>By:  */s/ Matthew I. Knepper*<br>*Matthew I. Knepper*, Esq.<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>HAINES & KRIEGER, LLC<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br><br><br>*Attorneys for Plaintiff*<br>*Jose R. Villarreal-Campuzano* | Snell & Wilmer L.L.P.<br><br>By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. incorrectly sued as Wells Fargo Card Services)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before March 30, 2018.**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED February 26, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*